# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PAMELA R. GLOVER,**

**Plaintiff,**

**-vs-**                                        **Case No.  6:04-cv-1271-Orl-31KRS**

**GENTIVA HEALTH SERVICES, INC.,**

**Defendant.**

_____

## ORDER

A committee was appointed to consider whether I should be reappointed as a Magistrate Judge.  It is appropriate for me to recuse myself from any case in which a member of that committee is directly involved.  Because counsel for one of the parties in this case is a member of the committee, I hereby recuse myself from this case. The Clerk of Court is directed to assign this case to another Magistrate Judge.

Done and Ordered this 27th day of May, 2005.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties